UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES LAFFERTY, JR.,<br>Plaintiff,<br>v.<br>BEAN, et al.,<br>Defendants. | Case No.: 2:26-cv-01724-APG-NJK<br>**ORDER**<br>[Docket No. 4] |

Nevada inmate Charles Lafferty, Jr. brings this purported *pro se* civil-rights lawsuit under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while incarcerated at High Desert State Prison.[1] Docket No. 1-1. On June 12, 2026, the Court ordered Lafferty to file a completed application to proceed *in forma pauperis* or pay the filing fee by July 15, 2026. Docket No. 3.

Lafferty has now filed a motion for extension of time to comply with the order. Docket No. 4. However, he also attached to that motion his application to proceed *in forma pauperis*. The Court accordingly denies the motion as moot.

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for extension of time [Docket No. 4 at 1] is **DENIED** as moot.

The Clerk of Court is INSTRUCTED to detach and separately file the application to proceed *in forma pauperis* at Docket No. 4 at 2-4.

DATED: July 28, 2026

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

[1] Lafferty does not use the Court-required form to file a 42 U.S.C. § 1983 complaint, and the Court has not yet screened the complaint to determine whether he states colorable constitutional claims.